FILED

OCT 23 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

United States of America
v.

DAKOTA HORN
*Defendant(s)*

Case No. 26-mj-839-SH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2020 to May 2022 in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. §§ 2251(b) and (e) | Production of Child Pornography |
| 18 U.S.C. § 2252(a)(2) | Distribution and Receipt of Certain Material Involving the Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

G Dye
*Complainant's signature*

Special Agent Gabriela Dye, FBI
*Printed name and title*

Sworn to before me by phone.

Date: 10/23/26

*Judge's signature*

City and state: Tulsa, OK

Susan E. Huntsman, United States Magistrate Judge
*Printed name and title*

**Affidavit in Support of an Arrest Warrant**
**in the Northern District of Oklahoma**

I, Gabriela Dye, being duly sworn under oath, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since 2019. As a result of my employment with the FBI, my duties include, but are not limited to, the investigation and enforcement of child sexual exploitation and child pornography crimes, to include violations of 18 U.S.C. §§ 2251(a) production of child pornography and 2252A(a)(5)(B) possession and distribution of child pornography[1]. I have received training in training in the area of child sexual abuse material and child sexual exploitation as well as specialized instruction on how to conduct investigations of child sexual exploitation and child sexual abuse material crimes. I have received training in the area of child sexual abuse material and child sexual exploitation as well as specialized instruction on how to conduct investigations of child sexual exploitation and child sexual abuse material crimes.

2. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as a Special Agent for the FBI. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

---

[1] "Child pornography" will also be referred to as child sexual abuse material throughout this affidavit. Child sexual abuse material is a more accurate description of the nature of the depictions in image and video files containing the like.

3. It is my belief that Dakota Horn ("Dakota"), DOB xx-xx-2001; SSN xxx-xx-7452, violated 18 U.S.C. §§ 2251(b) and (e) production of child pornography and 2252(a)(2) distribution and receipt of certain material involving the sexual exploitation of a minor. On or about May 2020 to May 2022, Dakota produced child sexual abuse material of an identified minor victim in the Northern District of Oklahoma, and on or about 2019 to 2025, Dakota received and distributed child sexual abuse material.

**PROBABLE CAUSE**

4. In May 2022, a reliable foreign partner referred information to the FBI regarding a child sexual abuse material series that depicted an approximately two-year old female victim (hereinafter "Victim") being sexually abused by an adult female subject (Subject 1 – "S1"). The series was named "SpiralTattoo", and it was originally located on the messaging application Signal, which is an end-to-end encrypted application. The victim's face is visible in the media, but the female subject's face is not. S1's left arm is partially visible and shows a tattoo that depicts an infinity symbol with words above, but the words were not legible. S1 speaks clear English in the video with no discernible accent.

5. In August 2022, additional videos depicting the minor victim and S1 were discovered on the dark web. These files include a male subject (Subject 2 – "S2"), sexually abusing the minor victim with S1. S2 has distinguishing freckles all over his body, including his arms and chest. He is seen clean-shaven, with dark hair, but his face is not visible in the media.

6. On October 21, 2026, FBI headquarters provided media files, which included 66 images and 11 videos, associated with the minor victim of the SpiralTattoo series to FBI Tulsa. Among those media files were:

- **F60ef33c6759e81c6e834914b22bb1ec.jpg** – This image depicts an adult, likely a female, rubbing her little finger on the genitalia of the minor victim of the SpiralTattoo series. A ring, likely a wedding band, is on the adult's ring finger. The adult's finger and the minor victim's genitalia are partially covered by a caption that reads: "DM TO BUY FULL FOLDER LINK FULL VIDEO AVAILABLE RN <emoji of a rainbow>". The caption indicates that one or more individuals were selling the images and/or videos of the minor victim's sexual abuse.
- **3.mp4** – This 18-second video depicts a naked adult male laying on mattress and holding the minor victim, who is naked, as she is seated on his genitalia. The adult male moves the minor victim in a manner that causes his penis to rub against her genitalia. The minor victim can be heard crying in the video. The voice of an adult female, who might have filmed this video, can be heard saying, "Rub your little baby pussy on that cock. Come on, spread those lips open." As she says the aforementioned words, the adult female opens the minor victim's labia, and the adult male's penis appears to enter the minor victim's vagina. As the child continues to cry, the adult female slaps the minor victim on her head and says, "Shut up!"

- **4.mp4** – This six-second video depicts the same minor victim and adult male laying naked on a mattress. The adult male places the minor victim's genitalia over his face and inserts one of his fingers into her vagina as she is crying. The adult female who is likely filming the video can be heard saying, "Oh yeah. Oh yeah. Don't go so deep. Don't go deep baby." The male responds saying something to the effect of "I'm not going deep."
- **752705331.806673-1698115292.mp4** – This 59-second video depicts the minor victim naked and a naked adult female. In the beginning of the video, the adult female repeatedly inserts a pink object into her vagina and asks the minor victim, "Squirt it on? You want it, huh? You want it?" After removing the pink object from her vagina, the adult female rubs her genitalia with one of her hands and then uses that hand to rub her vaginal fluid on the minor victim's face. The adult female then tells the minor victim, "Cover you in my fucking squirt. Cover you in it." At the end of the video, the adult female orders the victim to lay down and tells her, "Open your pussy." The adult female then rubs her left little finger on the minor victim's genitalia. The minor victim then begins crying, and the adult female screams, "Shut up." A ring, likely a wedding band, is on the adult female's left ring finger. Additionally, a tattoo can be partially and briefly seen on the adult female's left forearm. The image file titled **F60ef33c6759e81c6e834914b22bb1ec.jpg** might have been a screenshot of from this video since it depicts the same

adult female, wearing the same ring, rubbing her little finger into the child's genitalia.

- A YouTube video can be heard in the background of the video titled 752705331.806673-1698115292.mp4. FBI personnel were able to determine the YouTube video was released in May 2020, leaving a possible production timeline of May 2020 to May 2022. Based on Victim's appearance and date of birth, it is likely the child sexual abuse material was produced in late 2020 or early 2021.

7. Based on video analysis by FBI personnel and Victim's appearance and date of birth, it is likely the child sexual abuse material was produced in late 2020 or early 2021.

8. On October 21, 2026, searches in an open-source image repository identified a seven-year-old female, hereinafter Minor Victim 1 (MV1) who appeared to be a visual match to Victim depicted in the SpiralTattoo series. MV1 is the daughter of D.H. (DOB: XX/XX/1995) that resides within Tulsa County and the Northern District of Oklahoma. Open-source research and Oklahoma DHS records indicate D.H. has lived in Tulsa County, Oklahoma, Northern District of Oklahoma, since 2000.

9. Facial comparisons between the SpiralTattoo series victim and MV1. were visually consistent, including ear comparisons. The original result image identifying MV1 as visually similar was posted to Instagram by Dakota Horn

("Dakota", DOB: XX/XX/2001)[2]. Additional open-source searches through Dakota's social media located many images of MV1 that were consistent with the SpiralTattoo series victim.

10. Images of Dakota from February 2023 depict her with a left arm tattoo that is consistent with the arm tattoo seen on S1 as well as the arm tattoo seen on the female in the video titled 752705331.806673-1698115292.mp4 (described in Paragraph 16). Dakota is the mother of four children. The father of her youngest child is D.B., who is her current partner. The father of Dakota's older three children is her ex-husband, Willie Joseph Horn III ("Willie", DOB: XX/XX/1998). Queries on social media for Willie depict him as visually consistent with S2, with freckles that appear to be in the same locations as the subject. Additionally, searches through Dakota and Willie's social media located images that show items that are nearly identical to the items seen in the media depicting child sexual abuse material involving MV1. Examples of the nearly identical items include:

- A Facebook post by Dakota on February 14, 2022, shows a photograph of Willie sleeping on a mattress with an infant child, likely a biological child of Willie and Dakota. The bedsheet present in the Facebook post appears to match the bedsheet observed in some of the child pornography videos depicting MV1 being sexually abused by both S1 and S2 in the SpiralTattoo series.

---

[2] That Instagram post can be found at https://www.instagram.com/p/CWR8mzPAkP1/.

- A Facebook post by Dakota on February 22, 2023, shows a photograph of Dakota on a hospital bed touching a newborn child. The tattoo on Dakota's left forearm closely resembles the tattoo on the left forearm of the adult female (S1) who sexually abused MV1 in many of the child sexual abuse material videos.
- A Facebook post by Dakota on February 25, 2022, shows Dakota holding an infant child. The wedding band on Dakota's left ring finger closely matches the wedding band seen on the adult female (S1) who sexually abused MV1 in many of the child sexual abuse material videos. This post was also made around the same time the child sexual abuse material videos of MV1 are believed to have been created.

11. An investigation by the Oklahoma Department of Human Services (DHS), documented in DHS referral number 2364951, involved an interview of D.H. on January 22, 2024. During the interview, D.H. informed the DHS investigator that she resided at 10451 S James Street, Jenks, OK 74037, and she was a friend of Willie and Dakota's family. D.H. explained that she had previously worked with Willie at Braum's, and Willie and Dakota used to watch D.H.'s daughter, MV1, for a while. D.H. last saw them between three weeks to a month ago. D.H. stated that Dakota interacted and played with children a lot.

12. On October 21, 2026, a query of the cyber tipline reports (CTR) repository generated by the National Center for Missing and Exploited Children (NCMEC) revealed Willie was the reported suspect account in NCMEC CTR

81466873, reported to NCMEC by Facebook on October 16, 2020, for the distribution of child sexual abuse material to Dakota via Facebook Messenger. Willie lists his primary contact phone number on his Oklahoma driver's license as 918-815-9607. Per NCMEC CTR 81466873, Facebook user "Willie Horn III" with email address whorn.1231@gmail.com and date of birth XX/XX/1998, shared the following messages with Facebook user "Dakota Lynn" with date of birth XX/XX/2001:

- Willie Horn III: <emoji of a heart with an arrow through it>
- Willie Horn III: <emoji of a heart with an arrow through it>
- Dakota Lynn: "Baby!"
- Willie Horn III: Shared an image. Per NCMEC CTR 81466873, the image was identified as a match to a previously reported child sexual exploitation image on NCMEC's hash list.
- Dakota Lynn: "Wtf"
- Dakota Lynn: "Willie!"
- Dakota Lynn: "Whatever"

Willie and Dakota's dates of birth are consistent with those identified in the Facebook accounts identified in the NCMEC Tip. Willie's phone number was also used to register his Facebook account.

13. Search warrants were authorized and executed on the residences of Willie in the Northern District of Oklahoma (*see* 26-mj-832-34-sh) and Dakota in the

Eastern District of Oklahoma (*see* 26-mj-325-glj). In a post-Miranda interview, Dakota provided that she and Willie met in September 2019, moved in together in August 2020 and got married in 2021. Dakota and Willie lived at the Aspen Village Apartments, 1947 W Houston St, Broken Arrow, Oklahoma 74012, in the Northern District of Oklahoma from 2020 to approximately 2023 or 2024.

14. D.H. and Willie worked together at Braum's, and D.H. lived with Dakota and Willie at the Aspen Village apartments for a short period. Victim was regularly in Dakota's care while D.H. went to work at Braum's. Dakota admitted she produced child sexual abuse material of Victim when Victim was one to two years old from approximately 2021 to 2022, while she and Willie lived at the Aspen Village Apartments.

15. Dakota also admitted she produced child sexual abuse material of at least one additional minor during the same time period, also while she and Willie lived in the Aspen Village Apartments, and around the same time period Dakota produced the child sexual abuse material videos of Victim. Dakota distributed the child sexual abuse material videos she produced to Willie and identified Willie as the adult male seen in the child sexual abuse material videos of Victim.

16. Dakota was aware that Willie downloaded, viewed and distributed child sexual abuse material to others on the internet throughout their relationship. Dakota also knew Willie distributed child sexual abuse material on his Tumblr account and recalled that Willie sent her child sexual abuse material via Facebook Messenger.

17. Dakota admitted she received and distributed child sexual abuse material from/to Willie, produced child sexual abuse material of Victim and at least one other minor child, and identified Willie as the adult male (S2) in the child sexual abuse material videos of Victim. Based on the aforementioned facts, I submit that probable cause exists to believe that Dakota is S1 and Willis is S2, and both of them she sexually abused Victim and used Victim to produce child sexual abuse material, that Dakota received child sexual abuse material from Willie and distributed child sexual abuse material to Willie.

## CONCLUSION

Based on the information set forth in this affidavit, I submit there is probable cause to believe that Dakota violated 18 U.S.C. §§ 2251(b) and (e) production of child pornography, 2252(a)(2) distribution and receipt of certain material involving the sexual exploitation of a minor.

Respectfully submitted,

[signature]

Gabriela Dye
Special Agent
Federal Bureau of Investigation

Subscribed and sworn via phone on the 23rd day of October, 2026.

[signature]

SUSAN E. HUNTSMAN
UNITED STATES MAGISTRATE JUDGE